AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

C. R., et al.,

*Plaintiff,*

v.

Case No. 5:12-cv-12423-JCO-LJM
Hon. John Corbett O'Meara

United States of America,

*Defendant.*

## SUMMONS IN A CIVIL ACTION

To: United States Attorney

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Gerald E. Thurswell
> 1000 Town Center
> Suite 500
> Southfield, MI
> 48075-1221

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/ T McGovern
*Signature of Clerk or Deputy Clerk*



Date of Issuance: June 5, 2012

AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 5:12-cv-12423-JCO-LJM
Hon. John Corbett O'Meara

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: United States Attorney

Date of Service: Wed, 6/20/2012, @ 2:56 pm

## Method of Service

✓ Personally served at this address: c/o Linda Allen, Legal Asst., at 211 W. Fort St, Suite 2001, Detroit, MI 48226

___ Left copies at defendant's usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Wanda A. Lee

Signature of Server: Wanda A. Lee

Date: 6/20/2012

Server's Address: P O Box 97, Farmington, MI 48332