AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

C. R., et al.,

*Plaintiff,*

v.

Case No. 5:12-cv-12423-JCO-LJM
Hon. John Corbett O'Meara

United States of America,

*Defendant.*

### SUMMONS IN A CIVIL ACTION

To: United States Attorney

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>Gerald E. Thurswell
>1000 Town Center
>Suite 500
>Southfield, MI
>48075-1221

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*       By: s/ T McGovern
                                            *Signature of Clerk or Deputy Clerk*



Date of Issuance: June 5, 2012

AO 440 (Rev. 12/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 5:12-cv-12423-JCO-LJM
Hon. John Corbett O'Meara

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant
Served: United States Attorney

Date of Service: Monday 6-25-12

### Method of Service

_____ Personally served at this address:

_____ Left copies at defendant's usual place of abode with (name of person):

_X_ Other (specify): Certified Mail - Return Receipt Requested (See attached) C/o Barbara L. McQuade, Acting US Attorney for Eastern District of Michigan, 211 W. Fort Street, Suite 2001 Detroit, MI 48442

_____ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $_____

### Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Karen L. Martin

Signature of Server: Karen L. Martin

Date: 6-25-12

Server's Address: 1000 Town Center, #500 Southfield, MI 48075

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)　C. Date of Delivery |
| 1. Article Addressed to:<br><br>Barbara L. McQuade<br>Acting United States Attorney for the<br>Eastern District of Michigan<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48442 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>_(JUN 25 2012 stamp)_<br><br>3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7010 2780 0002 1061 4997 |

PS Form 3811, February 2004　　Domestic Return Receipt　　102595-02-M-1540