UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

C.R., a minor, by his Next Friend and mother,
Markika Tipton, and MARKIKA TIPTON,
Individually,

      Plaintiffs,                            Civil No. 2:12cv12423

v.                                        HON. JOHN CORBETT O'MEARA
                                             MAG. JUDGE LAURIE J.

MICHELSON
UNITED STATES OF AMERICA,

      Defendant.
_____/

## STIPULATED ORDER RESETTING SCHEDULING DATES PURSUANT TO ORDER GRANTING EX PARTE MOTION FOR STAY OF CASE IN LIGHT OF LAPSE OF APPROPRIATIONS

Pursuant to the Court's October 8, 2013 Order Granting Ex Parte Motion for Stay of the Case in Light of Lapse of Appropriations, plaintiffs C.R., *et al*. and defendant United States of America, by and through their undersigned attorneys, stipulate to entry of an order extending the deadlines set in the September 16, 2013 Scheduling Order, and all due dates for discovery responses, by sixteen (16) days, the duration of the lapse in appropriations to the Department of Justice.

| | |
|---|---|
| THE THURSWELL LAW FIRM P.L.L.C. | BARBARA L. McQUADE<br>United States Attorney |
| *s/Ardiana C. Culaj w/consent*<br>ARDIANA C. CULAJ (71553)<br>Attorneys for Plaintiffs<br>1000 Town Center, Suite 500<br>Southfield, Michigan 48075<br>(248) 354-2222<br>aculaj@thursell.com | *s/Derri T. Thomas*<br>DERRI T. THOMAS (P53439)<br>Assistant United States Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>(313) 226-9153<br>derri.thomas@usdoj.gov |
| Dated: October 21, 2013 | Dated: October 21, 2013 |

In light of the foregoing stipulation, **IT IS HEREBY ORDERED** that all Scheduling Order dates are adjourned 16 days as follows:

Lay and Expert Witness List Exchange……………………….November 6, 2013

Plaintiffs Expert Report Due……………………………….November 20, 2013

Defendant's Expert Report Due……………………….......December 4, 2013

Discovery Cutoff……………………………………………...December 18, 2013

Dispositive Motion Cutoff…………………………………….January 21, 2014

Joint Final Pretrial Order Due……………May 7, 2014

Final Pretrial Conference …………………May 14, 2014 at 1:45 p.m.

Trailing Trial Term ……………………….June 3, 2014

**IT IS FURTHER ORDERED** that all due dates for outstanding discovery

responses are extended by 16 days.

Date: October 28, 2013                                              s/John Corbett O'Meara
                                                                     United States District Judge